# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AEKTA BEN PATEL, on behalf of herself and all others similarly situated, | : : : | No. 09 Civ. 00093-BSJ-DFE |
| | : | ECF Case |
| Plaintiff, | : : | |
| v. | : : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, and B. RAMA RAJU, | : : : | |
| Defendants. | : : : | |
| HOSSEIN MOMENZADEH, on behalf of himself and all others similarly situated, | : : : | No. 09 Civ. 00161-CM-GWG |
| Plaintiff, | : : | |
| v. | : : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, and B. RAMA RAJU, | : : : | |
| Defendants. | : : : | |
| CYNTHIA FREEMAN, | : : | No. 09 Civ. 00330-BSJ-DFE |
| Plaintiff, | : : | |
| v. | : : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, G. RAMA RAJU, SRINIVAS VADLAMANI, and JOHN DOES 1-5, | : : : : | |
| Defendants. | : : | |

(*Captions continued on subsequent pages*)

## DECLARATION OF KEITH M. FLEISCHMAN IN SUPPORT OF THE GLOBAL INSTITUTIONAL INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL AND <u>CONSOLIDATION OF ALL RELATED ACTIONS</u>

| | |
|---|---|
| NAVEEN CHANDER JEPU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, and SRINIVAS VADLAMANI,<br><br>Defendants. | No. 09 Civ. 00337-BSJ-DFE |
| BERT H. STURGIS, II, on behalf of himself and all Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, and B. RAMA RAJU,<br><br>Defendants. | No. 09 Civ. 00361-BSJ-DFE |
| Larry R. Pennington, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, and VADLAMANI SRINIVAS,<br><br>Defendants. | No. 09 Civ. 00386-BSJ-DFE |

| | | |
|---|---|---|
| JAMES HAMBLIN, on behalf of himself and all others similarly situated, | : | No. 09 Civ. 00489-VM-RLE |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICEWATERHOUSE COOPERS INTERNATIONAL LIMITED, PRICEWATERHOUSE COOPERS PVT LTD., and PRICE WATERHOUSE, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| HILLEL RAYMON, Individually And On Behalf of All Others Similarly Situated, | : | No. 09 Civ. 00512-BSJ-DFE |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU JR., and VADLAMANI SRINIVAS, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| BRIAN FABER, Individually And On Behalf of All Others Similarly Situated, | : | No. 09 Civ. 00569-LTS-HBP |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, and SRINIVAS VADLAMANI, | : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| TAYLOR JAMROK, On Behalf of Himself and All Others Similarly Situated, | : : : | No. 09 Civ. 00655-BSJ-DFE |
| Plaintiff, | : : | |
| v. | : : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICEWATERHOUSECOOPERS LLP, | : : : : : | |
| Defendants. | : : | |
| WILLIAM M. HERBERT, JANET K. HERBERT and THE WILLIAM M. HERBERT IRA, on behalf of themselves and all others similarly situated, | : : : : | No. 09 Civ. 01124-UA |
| Plaintiffs, | : : | |
| v. | : : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, PRICEWATERHOUSE COOPERS INTERNATIONAL LIMITED, PRICEWATERHOUSE COOPERS PVT LTD., and PRICE WATERHOUSE, | : : : : : : | |
| Defendants. | : | |

I, Keith M. Fleischman, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court.  I am a director of the law firm of Grant & Eisenhofer P.A. ("Grant & Eisenhofer").  I submit this declaration in support of the motion filed by the Mississippi Public Employees' Retirement System ("Mississippi PERS"), Sampension KP Livsforsikring A/S ("Sampension"), and SKAGEN A/S ("SKAGEN," and, together with Mississippi and Sampension, the "Global Institutional Investors") for appointment as Lead Plaintiff, approval of their selection of Grant & Eisenhofer, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), and Barroway Topaz Kessler Meltzer & Check, LLP ("Barroway Topaz") to serve as Lead Counsel for the Class and for consolidation of all related actions.

2.      Attached as Exhibits A through J are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Certification of Mississippi PERS, with attached chart of Mississippi PERS's transactions; |
| Exhibit B: | Certification of Sampension, with attached chart of Sampension's transactions; |
| Exhibit C: | Certification of SKAGEN, with attached chart of SKAGEN's transactions; |
| Exhibit D: | Charts of the Global Institutional Investors' transactions and losses; |
| Exhibit E: | First notice of pendency of this class action; |
| Exhibit F: | Subsequent notice of pendency of this class action; |
| Exhibit G: | The Global Institutional Investors' Joint Declaration in Support of Their Motion for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel and Consolidation of All Related Actions; |
| Exhibit H: | Firm biography of Grant & Eisenhofer; |
| Exhibit I: | Firm biography of Bernstein Litowitz; and |

Exhibit J:       Firm biography of Barroway Topaz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

knowledge.

Executed this 9th day of March, 2009.

/s/    Keith M. Fleischman
Keith M. Fleischman